IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EBTISAM S.,
          Plaintiff,

                                  Civil No. 2:24-cv-10059

v.

MARTIN O'MALLEY,
COMMISSIONER
OF SOCIAL SECURITY,              MAGISTRATE JUDGE ALTMAN
          Defendant.

## **STIPULATION TO REMAND TO THE COMMISSIONER**

       Pursuant to sentence four of 42 U.S.C. § 405(g), the parties stipulate that the

Court should enter an order remanding the above-captioned case to the

Commissioner for further administrative action and a new hearing.

                         Respectfully submitted,

                         DAWN N. ISON
                         United States Attorney

/s/ Howard D. Olinsky[1]                    /s/ Laura Ridgell-Boltz
Howard D. Olinsky                          Laura Ridgell-Boltz
Olinsky Law Group                          Special Assistant United States Attorney
250 S. Clinton Street, Ste. 210            6401 Security Boulevard
Syracuse, New York 13202                   Baltimore, MD 21235
(315) 701-5780                             (303) 844-7892
holinsky@winddisability.com                laura.ridgell.boltz@ssa.gov[2]

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2024, the foregoing document was electronically filed with the Clerk of the Court using the ECF system.

I further certify that the undersigned emailed an encrypted copy of the document to Howard Olinsky at: holinsky@windisability.com

/s/ Laura Ridgell-Boltz
Laura Ridgell-Boltz
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, MD 21235
(303) 844-7892
Laura.ridgell.boltz@ssa.gov

---

[1] Signed with consent obtained by email by Special Assistant United States Attorney Laura Ridgell-Boltz, received on June 22, 2024.

[2] Of Counsel: Zak Toomey, Assistant United States Attorney, 211 Fort Street, Suite 2001, Detroit, MI 48226, MO 61618.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EBTISAM S.,
             Plaintiff,

                                            Civil No. 2:24-CV-10059

v.

MARTIN O'MALLEY,
COMMISSIONER
OF SOCIAL SECURITY,                   MAGISTRATE JUDGE ALTMAN
             Defendant.
_____

## ORDER REMANDING CASE UNDER
## SENTENCE FOUR PER PARTIES' STIPULATION

The parties' Stipulation to Remand to the Commissioner is granted, and this case is remanded to the Commissioner for further proceedings and a new hearing under sentence four of 42 U.S.C. § 405(g).

                                      s/Kimberly G. Altman
                                      KIMBERLY G. ALTMAN
Date:  July 22, 2024                 United States Magistrate Judge